Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LANCE R. GALLARDO,<br><br>      Plaintiff,<br><br>  v.<br><br>CENTRAL CREDIT SERVICES, INC.,<br><br>      Defendant. | Case No: 2:10-cv-07642-JHN-PLA<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Lance R. Gallardo ("Plaintiff") and Defendant Central Credit Services, Inc. ("Defendant") (collectively, the "Parties") have reached a settlement in the above-captioned case. The Parties will file a Stipulation of Dismissal with Prejudice pursuant to Federal

///

///

///

///

1  Rule of Civil Procedure 41(a) within thirty (30) days.

2                                                          LAW OFFICES OF TODD M. FRIEDMAN, P.C.

3

4

5  Dated: March 4, 2011                          By:  /s/ **Todd M. Friedman**
                                                      TODD M. FRIEDMAN
6                                                     Attorney for Plaintiff
                                                      Lance R. Gallardo
7

- 2 -

**NOTICE OF SETTLEMENT**
2:10-cv-07642-MAN