Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LANCE GALLARDO,** | ) Case No. 2:10-CV-07642-JHN-PLA |
| | ) |
| Plaintiff, | ) **JOINT REQUEST TO DISMISS WITH** |
| | ) **PREJUDICE** |
| vs. | ) |
| | ) |
| **CENTRAL CREDIT SERVICES, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice and on the merits pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and expenses. In addition, the parties shall bear their own attorney's fees.  A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 15th day of April, 2011

By: s/Todd M. Friedman
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff

By: s/Issa K. Moe
    Moss & Barnett PA
    Attorney for Defendant

Filed electronically on this 15th day of April, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:


Honorable Jacqueline H. Nguyen
United States District Court
Central District of California


Issa Kalani Moe
Moss & Barnett PA
90 South Seventh Street
Minneapolis, MN 55402


This 15th day of April, 2011.

s/Todd M. Friedman
Todd M. Friedman