# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE GALLARDO,** | Case No. 2:10-CV-07642-JHN-PLA |
| Plaintiff, | **ORDER** |
| vs. | |
| **CENTRAL CREDIT SERVICES, INC.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice and on the merits. Each party shall bear their own costs and expenses. In addition, the parties shall bear their own attorney's fees.

Dated this 18th day of April, 2011.

_____
The Honorable Jacqueline H. Nguyen

Order to Dismiss - 1